# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**STEPHEN WISECUP,**

    Plaintiff(s),

**-vs-**

           **CASE NO.**    **3:10-cv-325**

           **District Judge Timothy S. Black**
           **Magistrate Judge Sharon L. Ovington**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant(s).

---

## JUDGMENT IN A CIVIL CASE

---

**[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED:** that the Report and Recommendation (Doc. 18) is **ADOPTED** in Full; the Commissioner's final non-disability decision is **VACATED**; No finding is made regarding whether Plaintiff Stephen Wisecup is under a "disability" within the meaning of the Social Security Act; this matter is **REMANDED** to the Social Security Administration under Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with this Decision and Entry and the Report and Recommendations; and the case is **TERMINATED** on the docket of this Court.

Date:  August 3, 2011                            **JAMES BONINI, CLERK**

                                                         By: s/ M. Rogers
                                                         Deputy Clerk